UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAZZ ANDRE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>J. HARMON,<br><br>Defendant. | No. 1:21-cv-00143-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 10) |

Plaintiff Chazz Andrew Jackson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 22, 2021, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's claims be dismissed for failure to state a claim upon which relief may be granted. (Doc. No. 10.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (Doc. No. 10 at 4.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on March 22, 2021 (Doc. No. 10) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 7, 2021**

_____
UNITED STATES DISTRICT JUDGE